```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                            CASE NO. 05 B 22895
   JEFFERY P REHUS
   DAWN M REHUS                                   CHAPTER 13

                                                  JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-8930     SSN XXX-XX-2085

--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 06/08/2005 and was confirmed 07/25/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  29.00%.

     The case was paid in full 07/28/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------------
JP MORGAN CHASE BANK NA   CURRENT MORTG    23306.16          .00         23306.16
DAIMLER CHRYSLER FINANCI  SECURED          12992.34        618.39        12992.34
DAIMLER CHRYSLER FINANCI  UNSECURED        NOT FILED         .00              .00
CITIMORTGAGE INC          CURRENT MORTG    32967.00          .00         32967.00
US BANK                   SECURED           1085.00         51.67         1085.00
US BANK                   UNSECURED         1324.12          .00           383.99
ECAST SETTLEMENT CORP     UNSECURED        30306.97          .00          8789.02
ECAST SETTLEMENT CORP     UNSECURED        23612.55          .00          6847.64
ECAST SETTLEMENT CORP     UNSECURED        16589.09          .00          4810.84
CHASE BANK                UNSECURED         6674.17          .00          1935.51
WORLD FINANCIAL NETWORK   UNSECURED          119.95          .00            34.79
ECAST SETTLEMENT CORP     UNSECURED         2264.36          .00           656.66
KOHLS                     UNSECURED         1180.45          .00           342.33
MARSHALL FIELDS           UNSECURED          408.70          .00           118.52
NEW CENTURY FINANCIAL     UNSECURED        NOT FILED         .00              .00
INFIBANK NA               UNSECURED         5152.63          .00          1494.26
PORTFOLIO RECOVERY ASSOC  UNSECURED        12127.39          .00          3516.94
CITIMORTGAGE INC          MORTGAGE ARRE     1505.50          .00          1505.50
JP MORGAN CHASE BANK NA   SECURED NOT I      864.60          .00              .00
JP MORGAN CHASE BANK NA   NOTICE ONLY      NOT FILED         .00              .00
PETER FRANCIS GERACI      DEBTOR ATTY       2,700.00                     2,700.00
TOM VAUGHN                TRUSTEE                                        6,350.49
DEBTOR REFUND             REFUND                                         2,103.74

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS             DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                  112,610.79

PRIORITY                                             .00
SECURED                                         71,856.00

                PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 05 B 22895 JEFFERY P REHUS & DAWN M REHUS
```

```
     INTEREST                                             670.06
UNSECURED                                              28,930.50
ADMINISTRATIVE                                          2,700.00
TRUSTEE COMPENSATION                                    6,350.49
DEBTOR REFUND                                           2,103.74
                                 ----------------   ----------------
TOTALS                                112,610.79          112,610.79
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                  /s/ Tom Vaughn
     Dated: 10/29/08             _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE
```